USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1103 MAUREEN F. FRECHETTE, Plaintiff, Appellant, v. PAUL RUANE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Maureen F. Frechette on brief pro se. ____________________ Nancy Ankers White, Special Assistant Attorney General, and Marci __________________ _____ R. Gelb, Counsel, Department of Correction, on brief for appellee. _______ ____________________ DECEMBER 3, 1996 ____________________ Per Curiam. Upon a careful review of the issues __________ and arguments in the parties' briefs and the record presented on appeal, the judgment of the district court is affirmed. ________ See Loc. R. 27.1. ___ -2-